GARY M. RESTAINO
United States Attorney
District of Arizona

THOMAS C. SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Vincent Altaha, III,<br><br>　　　　　Defendant. | No. CR-22-1233-PHX-SMB (MHB)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR-Assault with a Dangerous Weapon)<br>Counts 1<br><br>18 U.S.C. §§ 1153 and 113(a)(7)<br>(CIR-Assault Resulting in Substantial Bodily Injury)<br>Count 2<br><br>18 U.S.C. § 1153 and A.R.S. §§ 13-3623(A) and 13-702<br>(CIR-Child Abuse)<br>Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 25, 2021, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant VINCENT ALTAHA, III, an Indian, did intentionally and knowingly assault John Doe with a dangerous weapon,

that is, a claw hammer, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 2

On or about October 25, 2021, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant VINCENT ALTAHA, III, an Indian, did intentionally, knowingly, and recklessly assault John Doe, an individual who had not attained the age of 16 years, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

## COUNT 3

On or about October 25, 2021, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant VINCENT ALTAHA, III, an Indian, under circumstances likely to produce death and serious physical injury, intentionally, knowingly and recklessly caused John Doe, a child under the age of 18, to suffer physical injury.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes, Sections 13-3623(A) and 13-702.

A TRUE BILL

*s/*

_____
FOREPERSON OF THE GRAND JURY
Date: September 20, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*

_____
THOMAS SIMON
Assistant U.S. Attorney